## CREDITOR MATRIX

Select Portfolio Servicing, Inc.
3217 S. Decker Lake Drive
Salt Lake City, UT 84119

SN Servicing Corporation
13702 Coursey Blvd. Bldg. 1A
Baton Rouge, LA 70817