**Fill in this information to identify the case:**

Debtor 1    GIOVANNI DIGIULIO
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Southern District of New York

Case number    24-10239-pb
(If known)

Chapter filing under:
☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

**[X]**  The debtor(s) must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $ 78.00 | 26 02/06/2024 <br> Month / day / year |
| $ 78.00 | 03/11/2024 <br> Month / day / year |
| $ 78.00 | 03/25/2024 <br> Month / day / year |
| + $ 79.00 | 04/08/2024 <br> Month / day / year |
| **Total** $ 313.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

2/16/2024                    By the court:   /s/ Philip Bentley
_____                            _____
Month / day / year                        United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of New York

In re:                                                           Case No. 24-10239-pb

Giovanni DiGiulio                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1                  User: admin                        Page 1 of 1

Date Rcvd: Feb 16, 2024             Form ID: pdf001                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

**Recip ID              Recipient Name and Address**
db                  + Giovanni DiGiulio, 44 East 12th Street, Unit 5A, New York, NY 10003-4646

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:**

**Name                  Email Address**

Thomas C. Frost
                      info@FrostSDNY13.com  tfrost13@ecf.epiqsystems.com

United States Trustee
                      USTPRegion02.NYECF@USDOJ.GOV

TOTAL: 2