UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
   IN RE:                                         :   CASE NO.: 24-10239
:
:  CHAPTER: 13
   Giovanni DiGiulio,                      :
:  HON. JUDGE:
:  Hon. Philip Bentley
   Debtor.                                       :
:  HEARING DATE: May 2, 2024
:
:
------------------------------------------------------------------X

## ORDER GRANTING RELIEF FROM
## THE AUTOMATIC STAY

Upon the motion, dated March 29, 2024, (the "Motion"), of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust (with any subsequent successor or assign, the "Movant"), for an order, pursuant to 11 U.S.C. § 362 (d)(1); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 44 East 12th Street, Unit 5A, New York, NY 10003; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on May 2, 2024 and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

      **ORDERED** that the Motion is granted as provided herein; and it is further

**ORDERED** that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d)(1) of the Bankruptcy Code as to the Movant's interest in the Property to allow the Movant's enforcement of its rights in, and remedies in and to, the Property; and it is further

**ORDERED** that the Movant is granted reasonable attorney fees in the amount of $1,050.00 and costs in the amount of $199.00 as provided in the loan documents; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.