UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

| | |
|---|---|
| IN RE: | : CASE NO.: 24-10239 |
| | : |
| | : CHAPTER: 13 |
| Giovanni DiGiulio, | : |
| | : HON. JUDGE: |
| | : Hon. Philip Bentley |
| Debtor. | : |
| | : HEARING DATE: May 2, 2024 |
| | : |

-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Michael L. Carey, Esq, certify that on March 29, 2024 I caused to be served a true copy of the annexed **MOTION FOR RELIEF FROM STAY AND SUPPORTING PAPERS, AND PROPOSED ORDER** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Michael L. Carey
Michael L. Carey, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

## SERVICE LIST

Giovanni DiGiulio
44 East 12th Street, Unit 5A
New York, NY 10003
Bankruptcy Pro-Se Debtor

Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, NY 10603
Bankruptcy Trustee

United States Trustee
 Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
United States Trustee