**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004−1408

---

IN RE: Giovanni DiGiulio                                              CASE NO.: 24−10239−pb

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 13
xxx−xx−6234

---

## Notice Rescheduling Hearing

Please take notice that the hearing on the Motion for Relief from Stay Regarding 44 East 12th Street, Unit 5A, New York, NY 10003 filed by Michael L. Carey on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust and Hearing on Confirmation currently scheduled for 5/2/24 has been RESCHEDULED to 5/16/2024 at 10:30 AM at Videoconference (ZoomGov) (PB) (Ashmeade, Vanessa).

Dated: April 19, 2024                                         Vito Genna
                                                              Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 24-10239-pb |
| Giovanni DiGiulio | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 19, 2024 | Form ID: 143 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Giovanni DiGiulio, 44 East 12th Street, Unit 5A, New York, NY 10003-4646 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 21, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kathy McCullough McCullough Day | |
| | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, ksitcer@schillerknapp.com |
| Michael L. Carey | |
| | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust mcarey@ecf.courtdrive.com |
| Thomas C. Frost | |
| | info@FrostSDNY13.com  tfrost13@ecf.epiqsystems.com |
| United States Trustee | |
| | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 4