**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

**In re:**　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

　　　Giovanni DiGiulio

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 24-10239**

　　　　　　　　**Debtor(s).**
-------------------------------------------------------------x

### ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. § 521(i)(1)

The Debtor having failed to file bankruptcy schedules required by 11 U.S.C. § 521(a)(1) within 45 days of the petition date in this case, it is hereby

**ORDERED**, that this case is dismissed pursuant to 11 U.S.C. § 521(i)(1).



　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Philip Bentley**

**Dated: April 22, 2024**　　　　　　　　　　　　　_____
**New York, New York**　　　　　　　　　　　　　**Hon. Philip Bentley**
　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. Bankruptcy Judge**