# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 4/22/2024 |
| Case: 24−10239−pb | Form ID: pdf001 | Total: 17 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Thomas C. Frost | info@FrostSDNY13.com |
| aty | Kathy McCullough McCullough Day | bkecf@friedmanvartolo.com |
| aty | Michael L. Carey | mcarey@ecf.courtdrive.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Giovanni DiGiulio | 44 East 12th Street Unit 5A New York, NY 10003 |
| cr | SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust | Friedman Vartolo LLP 1325 Franklin Avenue Suite 160 Garden City, NY 11530 UNITED STATES |
| 8447426 | Absolute Resolutions Investments, LLC | c/o Absolute Resolutions Corporation 8000 Norman Center Drive, Suite 350 Bloomington, MN 55437 |
| 8449493 | Cavalry SPV I, LLC | PO Box 4252 Greenwich, CT 06831 |
| 8444628 | LVNV Funding, LLC | Resurgent Capital Services PO Box 10587 Greenville, SC 29603−0587 |
| 8447567 | MERRICK BANK | Resurgent Capital Services PO Box 10368 Greenville, SC 29603−0368 |
| 8447982 | Quantum3 Group LLC as agent for | Concora Credit Inc. PO Box 788 Kirkland, WA 98083−0788 |
| 8439856 | SN Servicing Corporation | 13702 Coursey Blvd. Bldg. 1A Baton Rouge, LA 70817 |
| 8448138 | SN Servicing Corporation | 323 Fifth Street Eureka, CA 95501 |
| 8447708 | SN Servicing Corporation as servicer for U.S. Bank | Friedman Vartolo LLP 1325 Franklin Avenue Suite 160 Garden City NY 11530 |
| 8439855 | Select Portfolio Servicing, Inc. | 3217 S. Decker Lake Drive Salt Lake City, UT 84119 |
| 8458974 | Stefano Ferrari | c/o Michael C. Lesser, Esq. 145 East 35th Street Suite 4FE New York, NY 10016 |
| 8455196 | converging capital LLC | PO Box 3395 Little Rock, AR 72001 |

TOTAL: 13