**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**In re:**                                                                    **Chapter 13**

    Giovanni DiGiulio

                                            **Case No. 24-10239**

                    **Debtor(s).**
-----------------------------------------------------------x

### ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. § 521(i)(1)

The Debtor having failed to file bankruptcy schedules required by 11 U.S.C. § 521(a)(1) within 45 days of the petition date in this case, it is hereby

**ORDERED**, that this case is dismissed pursuant to 11 U.S.C. § 521(i)(1).



**Dated:** April 22, 2024
New York, New York

/s/ Philip Bentley
_____
**Hon. Philip Bentley**
**U.S. Bankruptcy Judge**

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re: | Case No. 24-10239-pb |
| Giovanni DiGiulio | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2024 | Form ID: pdf001 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Giovanni DiGiulio, 44 East 12th Street, Unit 5A, New York, NY 10003-4646 |
| 8439856 | + | SN Servicing Corporation, 13702 Coursey Blvd. Bldg. 1A, Baton Rouge, LA 70817-1370 |
| 8458974 | + | Stefano Ferrari, c/o Michael C. Lesser, Esq., 145 East 35th Street, Suite 4FE, New York, NY 10016-4122 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Apr 22 2024 18:56:49 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 8447426 | | Email/Text: Bankruptcy@absoluteresolutions.com | Apr 22 2024 18:58:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 8449493 | + | Email/Text: bankruptcy@cavps.com | Apr 22 2024 18:58:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 8444628 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2024 19:00:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 8447567 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2024 18:59:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 8447982 | | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2024 18:58:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 8448138 | | Email/Text: bknotices@snsc.com | Apr 22 2024 18:58:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 8447708 | ^ | MEBN | Apr 22 2024 18:56:48 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 160, Garden City NY 11530-1631 |
| 8439855 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 22 2024 18:58:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 8455196 | + | Email/Text: lmccormick@hosto.com | Apr 22 2024 18:58:00 | converging capital LLC, PO Box 3395, Little Rock, AR 72203-3395 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

24-10239-pb   Doc 22   Filed 04/24/24   Entered 04/25/24 00:11:26   Imaged
Certificate of Notice   Pg 3 of 3

| District/off: 0208-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2024 | Form ID: pdf001 | Total Noticed: 13 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kathy McCullough McCullough Day | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, ksitcer@schillerknapp.com |
| Michael L. Carey | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust mcarey@ecf.courtdrive.com |
| Thomas C. Frost | info@FrostSDNY13.com  tfrost13@ecf.epiqsystems.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 4